## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 17-2879

Frederick W. Hopkins, M.D., M.P.H.

Appellee

v.

Larry Jegley, Prosecuting Attorney for Pulaski County, et al.

Appellants

------------------------------

Eagle Forum Education & Legal Defense Fund

Amicus on Behalf of Appellant(s)

National Association of Social Workers, et al.

Amici on Behalf of Appellee(s)

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:17-cv-00404-KGB)
___

**ORDER**

The motion for leave to file an amicus brief is granted. The petition for rehearing *en banc* is denied. The petition for panel rehearing is also denied.

Judge Kelly would grant the petition for rehearing *en banc*. Judge Colloton and Judge Shepherd did not participate in the decision or consideration of this matter.

December 15, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans

# Abigail Temple

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Tuesday, December 15, 2020 3:14 PM |
| **Subject:** | 17-2879 Frederick Hopkins v. Larry Jegley, et al "Judge Order Filed granting file amicus brief" (4:17-cv-00404-KGB) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 12/15/2020

| | |
|---|---|
| **Case Name:** | Frederick Hopkins v. Larry Jegley, et al |
| **Case Number:** | 17-2879 |
| **Document(s):** | Document(s) |

**Docket Text:**
JUDGE ORDER:The motion for leave to file an amicus brief is granted. The petition for rehearing en banc is denied. The petition for panel rehearing is also denied.

Judge Kelly would grant the petition for rehearing en banc. Judge Colloton and Judge Shepherd did not participate in the decision or consideration of this matter. [4965439-3] [4947895-2], PUBLISHED ORDER. Hrg Dec 2018 [4985329] [17-2879] (Clifford Jackson)

**Notice will be electronically mailed to:**

Mr. Steven H. Aden: steven.aden@aul.org
Mr. Nathaniel Asher: nasher@omm.com, nate-asher-4786@ecf.pacerpro.com
Mr. Nicholas Jacob Bronni: nicholas.bronni@arkansasag.gov
Ms. Bettina E. Brownstein: bettinabrownstein@gmail.com
Mr. Michael A. Cantrell, Assistant Solicitor General: Michael.Cantrell@ArkansasAG.gov, cheryl.hall@arkansasag.gov
Mr. Matthew P. Denn: maria.knoll@Delaware.gov
Mr. Lauren Fischer: LFischer@gibsondunn.com
Mr. Caitlin Joan Halligan: challigan@selendygay.com, paralegals@selendygay.com, edockets@selendygay.com, caitlin-halligan-8309@ecf.pacerpro.com, mco@selendygay.com
Ms. Ruth E. Harlow: rharlow@aclu.org, fyitayew@aclu.org
Mr. Lawrence J. Joseph: ljoseph@larryjoseph.com
Ms. Janice M. Mac Avoy: janice.macavoy@friedfrank.com, managingattorneysdepartment@friedfrank.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Jennifer L. Merritt: Jennifer.Merritt@ArkansasAG.gov, toni.hamp@arkansasag.gov, agcivil@arkansasag.gov
Ms. Samantha Emily Miller: samanthamiller@omm.com, samantha-miller-8645@ecf.pacerpro.com

Mr. Thomas J. Miller, Attorney General: agtommiller@ag.iowa.gov
Ms. Ester Murdukhayeva, Assistant Solicitor General: ester.murdukhayeva@ag.ny.gov
Ms. Nancy Leeds Perkins: nancy.perkins@aporter.com
Mr. Stuart M. Sarnoff: ssarnoff@omm.com, nasher@omm.com, samanthamiller@omm.com, stuart-sarnoff-1059@ecf.pacerpro.com
Ms. Hillary A. Schneller: hschneller@reprorights.org, cscott@reprorights.org
Mr. Russell A. Suzuki: hawaiiag@hawaii.gov
Mr. Vincent M. Wagner: vincent.wagner@arkansasag.gov, cheryl.hall@arkansasag.gov
Ms. Elizabeth K. Watson: ewatson@aclu.org
Mr. Kent A Yalowitz: kent.yalowitz@arnoldporter.com, ecf-f074fe3fdfaf@ecf.pacerpro.com
MO Lawyers Weekly: michaelh@mesjassociates.com, clash@molawyersmedia.com
West Publishing: us.coa.8@content.thomsonreuters.com


**Notice will be mailed to:**

Honorable Xavier Becerra
ATTORNEY GENERAL'S OFFICE
455 Golden Gate Avenue
San Francisco, CA 94102-0000

Honorable Thomas J. Donovan, Jr.
ATTORNEY GENERAL'S OFFICE
109 State Street
Montpelier, VT 05609-0000

Honorable Robert W. Ferguson
ATTORNEY GENERAL'S OFFICE
1125 Washington Street, S.E.
Olympia, WA 98504-0100

Honorable Brian E. Frosh
ATTORNEY GENERAL'S OFFICE
200 St. Paul Place
Baltimore, MD 21202-0000

Ms. Maura Healey
ATTORNEY GENERAL'S OFFICE
1 Ashburton Place
Boston, MA 02108-0000

Mr. Mark R. Herring
ATTORNEY GENERAL'S OFFICE
202 N. Ninth Street
Richmond, VA 23219

Ms. Lisa Hill Fenning
ARNOLD & PORTER
601 Massachusetts Avenue, N.W.
Washington, DC 20001

Ms. Alice Huling
ARNOLD & PORTER
601 Massachusetts Avenue, N.W.
Washington, DC 20001

Mr. George Jepsen
ATTORNEY GENERAL'S OFFICE
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Honorable Lisa Madigan, Attorney General
ATTORNEY GENERAL'S OFFICE
100 W. Randolph Street
Chicago, IL 60601-0000

Mr. Cecile Manong
ARNOLD & PORTER
601 Massachusetts Avenue, N.W.
Washington, DC 20001

Honorable Janet T. Mills
ATTORNEY GENERAL'S OFFICE
6 State House Station
Augusta, ME 04333

Honorable Karl A. Racine
ATTORNEY GENERAL'S OFFICE
6th Floor
441 Fourth Street, N.W.
Washington, DC 20001

Mr. Paul Rodney
ARNOLD & PORTER
601 Massachusetts Avenue, N.W.
Washington, DC 20001

Ms. Ellen F. Rosenblum
ATTORNEY GENERAL'S OFFICE
100 Justice Building
Salem, OR 97310-0000

Honorable Josh Shapiro
ATTORNEY GENERAL'S OFFICE
15th Floor, Strawberry Square
Harrisburg, PA 17120-0000

Ms. Kira Michaux Whitacre
FRIED & FRANK
1 New York Plaza
New York, NY 10004-1980

The following document(s) are associated with this transaction:
**Document Description:**
**Original Filename:** /opt/ACECF/live/forms/CliffordRJackson_172879_4985329_OrderDenyEnbancRHRPUB_529.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/15/2020] [FileNumber=4985329-0]
[46f7d998e006677be9f8141e4f359ffa45c78c2b6197d8917bf74a7a07f583d4490eae6a0b65b0632ec2a29dce133847980
817bc50fc9c36039bcbe67a09decd]]
**Recipients:**

- Mr. Steven H. Aden
- Mr. Nathaniel Asher
- Honorable Xavier Becerra
- Mr. Nicholas Jacob Bronni
- Ms. Bettina E. Brownstein
- Mr. Michael A. Cantrell, Assistant Solicitor General
- Mr. Matthew P. Denn
- Honorable Thomas J. Donovan, Jr.
- Honorable Robert W. Ferguson
- Mr. Lauren Fischer
- Honorable Brian E. Frosh
- Mr. Caitlin Joan Halligan
- Ms. Ruth E. Harlow
- Ms. Maura Healey
- Mr. Mark R. Herring
- Ms. Lisa Hill Fenning
- Ms. Alice Huling
- Mr. George Jepsen
- Mr. Lawrence J. Joseph
- MO Lawyers Weekly
- Ms. Janice M. Mac Avoy
- Honorable Lisa Madigan, Attorney General
- Mr. Cecile Manong
- Mr. Jim McCormack, Clerk of Court
- Ms. Jennifer L. Merritt
- Ms. Samantha Emily Miller
- Mr. Thomas J. Miller, Attorney General
- Honorable Janet T. Mills
- Ms. Ester Murdukhayeva, Assistant Solicitor General
- Ms. Nancy Leeds Perkins
- Honorable Karl A. Racine
- Mr. Paul Rodney
- Ms. Ellen F. Rosenblum
- Mr. Stuart M. Sarnoff
- Ms. Hillary A. Schneller
- Honorable Josh Shapiro
- Mr. Russell A. Suzuki
- Mr. Vincent M. Wagner
- Ms. Elizabeth K. Watson
- West Publishing
- Ms. Kira Michaux Whitacre
- Mr. Kent A Yalowitz

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4985329
**RELIEF(S) DOCKETED:**
   file amicus brief
   for enbanc rehearing also panel rehearing
   also for panel rehearing
   PUBLISHED ORDER
**DOCKET PART(S) ADDED:** 6668678, 6630661, 6630660, 6597257, 6597258, 6668679, 6668680