**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**FREDERICK W. HOPKINS, M.D., M.P.H**                                                          **PLAINTIFF**

v.                                    Case No. 4:17-cv-00404-KGB

**LARRY JEGLEY, Prosecuting Attorney for**
**Pulaski County,** *et al.*                                                                              **DEFENDANTS**

## ORDER

In an order entered earlier today, the Court set a telephonic hearing for 1:00 p.m. Central Standard time on Tuesday, December 22, 2020, to address the status of this matter (Dkt. No. 67). The Court hereby notifies the parties of its intent during the telephonic hearing to also address plaintiff Dr. Frederick W. Hopkins and proposed plaintiff Little Rock Family Planning Services' motion for *ex parte* temporary restraining order (Dkt. No. 69). The Court will send to all counsel of record by electronic mail message call-in information for the telephonic hearing.

So ordered this 21st day of December, 2020.

_____
Kristine G. Baker
United States District Judge