IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FREDERICK W. HOPKINS, M.D., M.P.H,** *et al.*                                                                **PLAINTIFFS**

**v.**                                            **Case No. 4:17-cv-00404-KGB**

**LARRY JEGLEY, Prosecuting Attorney for**
**Pulaski County,** *et al.*                                                                                                **DEFENDANTS**

## ORDER

Before the Court is plaintiffs' notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Dkt. No. 134). For good cause shown, the Court adopts plaintiffs' notice of voluntary dismissal (*Id.*). Plaintiffs' amended complaint is dismissed without prejudice (Dkt. No. 82). The Court denies as moot all pending motions (Dkt. Nos. 95; 117).

So ordered this 13th day of July, 2022.

_____
Kristine G. Baker
United States District Court Judge